# MEMO ENDORSED

Jane Rosenberg
600 West 111th Street
New York, NY 10025
artincourt@aol.com
www.JaneRosenbergArt.com

April 8, 2013

Hon. Lewis A. Kaplan
500 Pearl Street
New York, NY 10007

98 CR 1023

Dear Judge Kaplan-

I am a courtroom artist. I write to request permission to sit in the jury box during the hearing of Sulaiman Abu Ghayth at 2:30 p.m. on Monday. Trials are open to the public and the media covers the trials on behalf of the public. Television cameras are banned from federal courtrooms at present. Courtroom artists are permitted to cover trials to report a visual depiction for television, print and internet, based on the same the same principle that permits print reporters to cover the proceedings. In order for courtroom artists to do their job, it is important for them to get the best visual angle to see the proceedings. Frontal views are preferred where possible, to best represent facial expression and emotion.

Although it seems that your inclination for most court appearances where courtroom artists have been present was to deny artists access to the jury box -- on at least one occasion, when I was the only artist in the courtroom -- you permitted me to sit in the jury box and I know I was well behaved and not disruptive.

This leads me to believe that your decision to exclude artists from the jury box was based on the fact that there are two artists who tend to be noisy and disruptive. If this is the case, I hope you will not punish all court artists based on the sins of two and consider this request favorably.

I'd like to suggest a solution that a different judge in this same federal courthouse has used. This judge has granted permission for the artists to sit in the jury box, with the caveat that the two offending artists must sit several seats apart from each other. This has cut the noise level down significantly.

Thank you considering this request.

Sincerely,

Jane Rosenberg

*In all the circumstances,*
SO ORDERED *request denied.*

LEWIS A. KAPLAN, USDJ
4/8/13