UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

         -against-

                                          S13 98 Crim. 1023 (LAK)

SULAIMAN ABU GHAYTH,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The trial of this action shall commence at 9:30 a.m. on January 7, 2014.

        SO ORDERED.

Dated:      April 9, 2013

                                        Lewis A. Kaplan
                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/13