UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                            :
UNITED STATES OF AMERICA       :   **EX PARTE** ORDER FOR THE
                                            :   APPOINTMENT OF CJA CO-
    - v. -                                  :   COUNSEL
                                            :
SULAIMAN ABU GHAYTH,           :   S13 98 Cr. 1023 (LAK)
                                            :
                Defendant.          :
------------------------------------x

       Upon the application of the Federal Defenders of New York, Inc., for the appointment of co-counsel for defendant Sulaiman Abu Ghayth; and recognizing that the CJA Plan for the Southern District of New York allows for the appointment of second counsel in "an extremely difficult case, where the Court finds it in the interests of justice," see CJA Plan, VII.C.4; and finding that it is in the interests of justice to make such an appointment in this case;

       it is hereby **ORDERED** that CJA Panel member Justine Harris be appointed as second counsel for Mr. Abu Ghayth.

Dated:  New York, New York            **SO ORDERED:**
        April 4, 2013

                                                     HONORABLE LEWIS A. KAPLAN
                                                     UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/13