# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392
www.federaldefendersny.org

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
*Attorney-in-Charge*

April 12, 2013



**BY HAND**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2240
New York, NY 10007

Re: **United States v. Sulaiman Abu Ghayth**
**Docket No. S13 98 Cr. 1023 (LAK)**

Dear Judge Kaplan:

I write to supplement my letter of yesterday concerning additional phone calls. I received a phone call from an attorney, Stanley Cohen, in which he told me that Abu Ghayth's family may retain him. We informed Abu Ghayth of this development. It is important that he be granted additional phone calls to permit him to discuss this issue with his family and to reduce any additional delay in this case.

Respectfully submitted,

**PHILIP L. WEINSTEIN**
**MARTIN S. COHEN**
**JONATHAN A. MARVINNY**
Assistant Federal Defenders

PLW/gv

cc: John P. Cronan, Esq.
    Michael Ferrara, Esq.
    Assistant United States Attorneys
    Southern District of New York

    Sulaiman Abu Ghayth
    Reg. No. 91969-054
    Metropolitan Correctional Center