

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/13



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 8, 2013

**By Hand**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**RECEIVED MAY 08 2013 JUDGE KAPLAN'S CHAMBERS**

    Re:    <u>United States v. Sulaiman Abu Ghayth</u>
           S13 98 Cr. 1023 (LAK)

Dear Judge Kaplan:

    The Government respectfully writes to propose that the Government's anticipated motion pursuant to Section 4 of the Classified Information Procedures Act be filed by July 15, 2013. The undersigned have conducted a review of those potentially relevant, classified materials that have been received in response to requests made to other components of the United States Government for materials in their possession. In light of that review, we anticipate making a motion pursuant to Section 4, and propose a July 15 filing date to allow sufficient time for the relevant components of the Government to obtain the necessary approvals and declarations for the filing. I have spoken to Philip L. Weinstein, Esq., counsel for the defendant, and the defense consents to this proposed schedule.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
John P. Cronan / Michael Ferrara
Assistant United States Attorneys
Tels.: (212) 637-2779 / -2526

*The motion shall be filed by 6/30/13*

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
5/8/13

cc: Philip L. Weinstein, Esq.,
    Martin Cohen, Esq.
    Jonathan Marvinny, Esq.
    *By electronic mail*