UNITED STATES DISTRICT COURT
SOUTHERNDISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

                         v.                                    No.  **S13  98 CR 1023 (LAK)**

**NOTICE OF APPEARANCE/**
Sulaiman Abu Ghayth,                                      **NOTICE OF SUBSTITUION of**
                                                               **COUNSEL**

                        Defendant.
----------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned have been retained to represent the accused on the above-captioned matter and to that end herewith file a Notice of Appearance. Co-counsel Stewart will file a separate Notice of Appearance via ECF immediately upon posting of the instant notice, for purposes of ECF auto-notification registry.

      In filing the instant Notice, the below counsel hereby substitute for current counsel of record, attorney Philip L. Weinstein, Esq.,  of the Federal Defenders of New York, Southern District, in accord with the wishes of the Defendant.

Dated: New York, New York
On this 13 May 2013

                                                       _____
                                                       STANLEY L. COHEN, ESQ.
                                                       Counsel for Sulaiman Abu Ghayth
                                                     Stanley L. Cohen & Associates
                                                     119 Avenue D, Fifth Floor
                                                     New York City, N. Y.   10009
                                                     (212)979-7572/Fax: (212) 995-5574
                                                     stanleycohenlaw@verizon.net

                                                     /s/_____
                                                     GEOFFREY S. STEWART, ESQ.
                                                     Law Office of Geoffrey Stewart
                                                     139 Fulton Street, Ste 508
                                                     New York City, NY  10038
                                                     (212) 625-969 ph.
                                                     gstewart.defender@gmail.com