UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

       -against-                                                S13 98 Crim. 1023 (LAK)

SULAIMAN ABU GHAYTH,

               Defendant.
------------------------------------------------------------x

                          **ORDER**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/13
```

LEWIS A. KAPLAN, *District Judge.*

        The Court is in receipt of a letter dated May 15, 2013 from the United States Attorney regarding the appearance of Mr. Stanley Cohen, Esq. as counsel for the defendant. The letter, which was discussed extensively in open court at a hearing on May 15, 2013, notes that Mr. Cohen wishes it to be filed under seal. No formal application has been made.

        The Court will docket the letter in due course. Should Mr. Cohen wish to make an application to seal the letter, he should do so by Wednesday May 22, 2013.

        SO ORDERED.

Dated:     May 16, 2013

                                                         _____
                                                                  Lewis A. Kaplan
                                                          United States District Judge