UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

       -against-                                  S13 98 Crim. 1023 (LAK)

SULAIMAN ABU GHAYTH,

       Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       In all the circumstances, including the defendant's delay of nearly a month between the revelations upon which this application is made and its making and the lack of any showing of any material likelihood of irreparable injury between today and next week, the Court will hear the application for a temporary restraining order on Monday, July 8, 2013 at 2 p.m.

       SO ORDERED.

Dated:     July 3, 2013

                                                    Lewis A. Kaplan
                                          United States District Judge

(The manuscript signature above is not an image of the signature on the original document in the Court file.)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/13