**MEMO ENDORSED**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/13

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2013

**By Hand**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 2240
New York, New York 10007



Re:   <u>United States v. Sulaiman Abu Ghayth</u>
       S13 98 Cr. 1023 (LAK)

Dear Judge Kaplan:

On August 30, 2013, the defense filed a motion seeking suppression of out-of-court identifications of the defendant by a cooperating witness (the "CW") and precluding the in-court identification of the defendant by the CW at trial. The Government is preparing its opposition to the defendant's motion, but is awaiting authorization from other components of the Government to present the Court and defense counsel with additional information that will be material to resolution of the defendant's motion. The Government is optimistic that this authorization will be secured within a week, and thus respectfully requests that the Court set September 23, 2013 as the deadline for the Government's opposition. Stanley Cohen, Esq., attorney for the defendant, consents to this proposed schedule

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
John P. Cronan / Michael Ferrara
Assistant United States Attorneys
212-637-2779 / -2526

MEMO ENDORSED
Approved
SO ORDERED
LEWIS A. KAPLAN, USDJ 9/16/13

Cc:   Stanley Cohen, Esq.; Zoe Dolan, Esq.
       By electronic mail