UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                      S13 98 Crim. 1023 (LAK)

SULAIMAN ABU GHAYTH,

        Defendant.
------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2013

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The trial is adjourned from January 21, 2014 to February 3, 2014.

        SO ORDERED.

Dated:     December 2, 2013

                                          _____
                                              Lewis A. Kaplan
                                          United States District Judge