## JUROR QUESTIONNAIRE

Juror Number_____

## Background Information

This questionnaire is being used to assist in selecting a jury for what is expected to be a long trial.

<u>The trial is expected to last one month.</u>

In general, the trial will be held Monday through Thursday, 9:30 a.m. until 4:30 p.m., although there will be some shorter work weeks, and hours and days may vary from time to time.

The trial will not be held on Wednesday, February 12 (Lincoln's Birthday), or Monday, February 17 (Washington's Birthday).

Please answer each part of the following questions Yes or No and provide the additional requested information for all parts to which you answer Yes. If you need additional space, use the back of the page.

<u>Write your juror number on every page in the space provided.</u>

1.      Would serving on this jury cause undue hardship or extreme inconvenience because:

   a.      You would have to travel a great distance to the courthouse?  If so, how many miles would you have to travel?

   Yes _____      If yes, number of miles: _____

   No _____

   b.      Your travel time to and from the courthouse would be excessive? If so, how many minutes are required (one-way)?

   Yes _____      If yes, number of minutes: _____

   No _____

Juror Number _____

    c.      There is a grave illness in the family or another emergency?

               Yes _____

               If yes, explain: _____

               _____

               _____

               No _____

    d.      Service would cause you undue hardship or extreme inconvenience for some other reason?

               Yes _____

               If yes, explain: _____

               _____

               _____

               No _____

    e.      Service would cause severe economic hardship to your employer?

               Yes _____

               If yes, explain: _____

               _____

               _____

               No _____

Juror Number _____

2.     Did you lose a family member or loved one in a terrorist attack on the United States, including the attacks of September 11, 2001?

       Yes _____                          No _____

3.     Have you seen, heard or read anything about Sulaiman Abu Ghayth?

       Yes _____

       If yes, what? _____

       _____

       _____

       No _____

4.     Do you have feelings about the prosecution of accused terrorists in courts like this that you believe would interfere with your ability to serve impartially as a juror in this case?

       Yes _____                          No _____

5.     Much of the conduct at issue in this case took place outside the United States, principally in Afghanistan.  United States law provides that persons engaged in conduct occurring outside the United States may nevertheless be charged in United States courts for violations of federal laws that protect Americans.  Do you believe that conduct that takes place outside of the United States should not be a basis for American criminal charges or should not be considered by an American court?

       Yes _____                          No _____

Juror Number _____

6.     Do you have any feelings about methods the United States Government --- including the Central Intelligence Agency (CIA), the National Security Agency (NSA), and the military --- has used in responding to terrorism that you believe could potentially have an impact on your consideration of the evidence in this case?

       Yes _____

       If yes, explain: _____

       _____

       _____

       No _____

7.     Have you, any family member, or any close friend been a victim of terrorism, either in this country or abroad?

       Yes _____

       If yes, what? _____

       _____

       _____

       No _____

8.     Do you have any feelings about Islam or Muslims that you believe would interfere with your ability to serve impartially as a juror in this case?

       Yes _____

       If yes, explain: _____

       _____

       _____

       No _____

4

Juror Number _____

9.      Have you, any member of your family, or any close friend ever been a victim of a crime?

Yes _____

If yes, explain: _____

_____

_____

No _____

10.     Have you, or has any member of your family with whom you resided at the time, or a
close friend, ever been employed by any local, state or federal law enforcement agency,
including but not limited to the following (circle as many as apply for each category)?

| | Self | Relative | Close Friend |
|---|---|---|---|
| Federal Bureau of Investigation | X | X | X |
| U.S. Attorney | X | X | X |
| Bureau of Alcohol, Tobacco Firearms & Explosives | X | X | X |
| U.S. Citizenship and Immigration Services, and Bureau of Immigration and Customs Enforcement (formerly known as Immigration and Naturalization Services) | X | X | X |
| Department of Homeland Security | X | X | X |
| U.S. Drug Enforcement Administration | X | X | X |
| Military Police | X | X | X |
| Department of Corrections | X | X | X |

5

Juror Number _____

| | | | |
|---|---|---|---|
| State Police | X | X | X |
| Office of District Attorney | X | X | X |
| United States Marshals Service | X | X | X |
| New York City Police Department | X | X | X |
| U.S. Bureau of Prisons | X | X | X |
| U.S. Department of Probation and Parole | X | X | X |
| Other: _____ | X | X | X |

11.     Have you or any member of your immediate family ever served in the military (including the National Guard and the reserves)?

Yes _____                        No _____

If yes, have you or any member of your family, or close personal friend, ever served in the Middle East, including Afghanistan and Iran?

Yes _____                        No _____

If yes, describe the branch and the nature of the service and the approximate dates:

_____

_____

Juror Number _____

12.     Do you know anyone who now resides, or in the past resided in Afghanistan or Iran?

        Yes _____                          No _____

13.     Have you ever served as a juror?

        Yes _____                          No _____

        If yes, please complete as appropriate:

        a.      *Civil Cases*          Date(s): _____

                Nature of case(s): _____

                Federal or state case(s): _____

                Was the jury asked to reach a verdict?

                Yes _____                          No _____

                If so, was a verdict reached?

                Yes _____                          No _____

        b.      *Criminal Cases*       Date(s): _____

                Nature of case(s): _____

                Federal or state case(s): _____

                Was the jury asked to reach a verdict?

                Yes _____                          No _____

                If so, was a verdict reached?

                Yes _____                          No _____

7

Juror Number _____

      c.    *Grand Jury*    Date(s): _____

                Federal or state?    _____

14.    Have you worked in or traveled in Afghanistan, Pakistan, Iran, or Turkey?

    Yes _____                No _____

    If yes, please explain how long you were there and the reason for your visit(s):

    _____

    _____

    _____