JUROR NUMBER _____

## Juror Questionnaire

### *Background Information*

This questionnaire is being used to assist in selecting a jury for what is expected to be a long trial.

<u>Please Note: The trial is expected to last one month.</u>

In general, the trial will be held Monday through Thursday, 9:30 a.m. until 4:30 p.m., although there will be some shorter work weeks, and hours and days may vary from time to time.

Court will not be held during the following breaks and holidays:

February 12/Lincoln's Birthday, or February 17/Washington's Birthday.

Please answer each part of the following questions Yes or No and provide the additional  requested information for all parts to which you answer Yes. If you need additional space, use the back of the page.

**Write your juror number at the top of every page in the space provided.**

1. Would serving on this jury cause undue hardship or extreme inconvenience because:

    a. You would have to travel a great distance to the courthouse? If so, how many   miles would you have to travel?

    Yes _____        If yes, number of miles: _____

    No _____

    b.  Your travel time to and from the courthouse would be excessive? If so, how many  minutes are required (one-way)?

    Yes _____        If yes, number of minutes: _____

    No _____

1

JUROR NUMBER _____

    c. Is there  a grave illness in the family or another emergency?

        Yes _____     If yes, explain:

        _____

        _____

        _____

        No _____

    d.  Service would cause you undue hardship or extreme inconvenience for some other reason?

        Yes _____     If yes, explain:

        _____

        _____

        _____

        No _____

    e. Service would cause severe economic hardship to your employer?

        Yes _____     If yes, explain:

        _____

        _____

        _____

        No _____

2.  Does the nature of the charges cause you to believe that you could not serve impartially as a juror in this case?

        Yes_____     If yes, explain:

        _____

        _____

        _____

        No_____

3.  There will be testimony in this case concerning the 1998 plot that destroyed the US embassies in Africa, the attack on the USS Cole, an attack on a synagogue in Tunisia, and the attacks of September 11, 2001, and the association of these events with al Qaeda.  Does the likelihood of such

JUROR NUMBER _____

testimony as it may or may not relate to allegations against the accused cause you to believe that you could not serve impartially as a juror in this case?

Yes _____   If yes, explain:

_____

_____

_____

No _____

4. The terrorist attacks on the United States, including on the World Trade Center, the US embassies in Africa, the USS Cole, and a synagogue in Tunisia are not at issue in this case.  Nevertheless, have you had any personal experiences or do you have any feelings arising from those attacks that you believe would interfere with your ability to serve impartially as a juror in this case?

Yes _____   If yes, explain:

_____

_____

_____

No _____

5. Have you had any personal experiences or do you have any feelings arising from any other terrorist attacks in or upon the United States or elsewhere, or on anyone else that you believe would interfere with your ability to serve impartially as a juror in this case?

Yes _____   If yes, explain:

_____

_____

_____

No _____

6.  On a scale of 1 to 5, how afraid are you that you, a family member of someone close to you will be killed or injured in a terrorist attack?  ("1"= not afraid; "5" = very afraid.)

JUROR NUMBER _____

*Indicate a number from 1 to 5 here:* _____

7. Have you seen, heard or read anything about Mr. Abu Ghayth or the bombings of the US embassies in Africa, the USS Cole, or the attack upon a Tunisian synagogue?

Yes _____   If yes, indicate what you have heard:

_____

_____

_____

No _____

8. Do you have feelings about the prosecution of accused terrorists in courts like this that you believe would interfere with your ability to serve impartially as a juror in this case?

Yes_____        If yes, explain:

_____

_____

_____

_____

No_____

9. Do you hold any opinions regarding the rights of persons accused of terrorism to be tried in a U.S. civilian court?

Yes_____        If yes, explain:

_____

_____

_____

_____

No_____

10.    Do you have any opinion on the rights of non-citizens to receive in a U.S. court of law all the constitutional rights that are afforded to U.S. citizens?

4

JUROR NUMBER _____

Yes_____        If yes, explain:

_____

_____

_____

_____

No_____

11.   The Defendant does not speak English, and will require an Arabic interpreter in Court at all times.  Would this affect your ability to serve impartially as a juror  the evidence or lack of evidence fairly?

Yes _____        No _____

12.   a. Do you have any feelings about Islam or Muslims that you believe would interfere with your ability to serve impartially as a juror in this case?

Yes_____        If yes, explain:

_____

_____

_____

_____

No_____

b.   Do you have any feelings about Muslim imams, clerics, preachers or religious leaders that you  believe would interfere with your ability to serve impartially as a juror in this case?

Yes_____        If yes, explain:

_____

_____

_____

_____

No_____

13.   All of the conduct at issue in this case took place outside the United States, principally in Afghanistan.  United States law provides that persons engaged in conduct occurring outside the United States may nonetheless be charged in United States courts for violations of federal laws that protect Americans abroad.  Do you believe that conduct that takes place outside of

JUROR NUMBER _____

the United States should not be a basis for American criminal charges or should not be considered by an American court?

Yes _____          No _____

14.    Have you, any family member, or any close friend been a victim of terrorism, either in this country or abroad?

Yes _____          If yes, what?
_____
_____
_____
_____

No_____

15.    Have you, any member of your family, or any close friend ever been a victim of a crime?

Yes _____
If yes, explain:
_____
_____
_____
_____
_____
No _____

16.    Have you, or has any member of your family with whom you resided at the time, or a close friend, ever been employed by any local, state or federal law enforcement agency, including but not limited to the following (circle as many as apply for each category)?

|  | **Self** | **Relative** | **Close Friend** |
|---|---|---|---|
| Federal Bureau of Investigation | X | X | X |
| U.S. Attorney's Office | X | X | X |
| Bureau of Alcohol, Tobacco Firearms & Explosives | X | X | X |

6

JUROR NUMBER _____

| | | | |
|---|---|---|---|
| U.S. Citizenship and Immigration Services, and Bureau of Immigration and Customs Enforcement (formerly known as Immigration and Naturalization Services) | X | X | X |
| Department of Homeland Security | X | X | X |
| U.S. Drug Enforcement Administration | X | X | X |
| Military Police | X | X | X |
| Department of Corrections | X | X | X |
| State Police | X | X | X |
| Office of District Attorney | X | X | X |
| United States Marshals Service | X | X | X |
| New York City Police Department | X | X | X |
| U.S. Bureau of Prisons | X | X | X |
| U.S. Department of Probation and Parole | X | X | X |
| Other: _____ | X | X | X |

If yes to any above, do you believe this would interfere with your ability to serve as an impartial juror in this case?

Yes _____          No _____

17.    Do you have any feelings about methods the United States Government--including the  Central Intelligence Agency (CIA), the National Security Agency (NSA), and the military--has used in responding to terrorism that you believe could potentially have an  impact on your consideration of the evidence in this case?

Yes _____   If yes, explain:
_____

JUROR NUMBER _____

_____

_____

_____

No _____

18.   There may be testimony by persons who were held in Guantanamo Bay or in other U.S. facilities abroad who are themselves alleged to be terrorists, or have been prosecuted as terrorists by the United States.   Would knowledge of this in itself affect your ability to credit or to not credit such testimony from such persons?

            Yes _____      If yes, explain:

            _____

            _____

            _____

            _____

            No _____

19.   There may be testimony by a person who had a close relationship with Usama bin Laden.   Would the existence of that relationship in itself lead you to discredit testimony from such a person?

            Yes _____      If yes, explain:

            _____

            _____

            _____

            _____

            No _____

20.   Do you have an opinion as to whether Mr. Abu Ghayth is guilty or not guilty of any of the charges against him?

                Yes _____           No _____

21.   The witnesses in this case will include law enforcement and perhaps other government personnel including military, intelligence and contract workers.   Would you be more or less likely to believe such a witness solely

8

JUROR NUMBER _____

by reason of the fact that the witness works in law enforcement or another government capacity?

Yes _____            No _____

22.    Do you have any biases or feelings for or against defendants in general, or lawyers who represent persons accused of crimes, or prosecutors that you believe would interfere with your ability to serve impartially as a juror in this case?

Yes _____     If yes, explain:
_____
_____
_____
_____

No _____

23.    Have you, any member of your family, or any close firend ever been a victim of a crime?

Yes_____if yes, please describe:
_____
_____

If yes, do you believe that this would interfere with your ability to serve as an impartial juror in this case?

Yes _____            No _____

24.    Have you or any close friend or relative, either as an individual or in the course of his or her business, ever been a party to any legal action or dispute with the United States or any of the officers, departments agencies or employees of the United States, or had any interst in any such legal action or dispute or its outcome?

Yes _____            No _____

25.    Have you or any close friend or relative ever been involved or appeared as a witness in any investigation by a federal or state grand jury, a legislative committee or any other governmental agency?

Yes _____            No _____

JUROR NUMBER _____

26.   Have you or any close friend or relative ever been a witness or a complainant in any hearing or trial?

        Yes _____         No _____

27.   Are you or any close friend or relative no under subpoena or to your knowledge about to be subpoenad in any criminal case?

        Yes _____         No _____

28.   Have you or any close friend or relative ever been the subject of any investigation or accusation by any federal or state grand jury?

        Yes _____         No _____

29.   Have you or any close friend or relative every been charged with a crime?

        Yes _____         No _____

30.   Have you ever served as a juror?

        Yes _____ No _____

        If yes, please complete as appropriate:

        a. *Civil Cases* Date(s): _____

        Nature of case(s): _____

        Federal or state case(s): _____

        Was the jury asked to reach a verdict?

        Yes _____ No _____

        If so, was a verdict reached?

        Yes _____ No _____

        b. *Criminal Cases* Date(s): _____

10

JUROR NUMBER _____

Nature of case(s):

_____

Federal or state case(s):

_____

Was the jury asked to reach a verdict?

Yes _____ No _____

If so, was a verdict reached?

Yes _____ No _____

31.   Have you or any member of your immediate family, or co-workers or close friends ever served in the military (including the National Guard or reserves)?  If yes, have you or any member of your immediate family, or co-workers or close friends ever served in the Middle East or South Asia, including Iraq, Afghanistan, Kuwait, Saudi Arabia, or the Persian Gulf?

Yes _____               No _____

32.   Do you or any member of your immediate family, or co-workers or close friends know persons who have been injured or who have lost their lives in military service overseas in the Middle East or South Asia, including Iraq, Afghanistan, Kuwait, Saudi Arabia, or the Persian Gulf?

Yes _____               No _____

33.   Do you know anyone who now resides, or in the past resided in the Middle East, South Asia, including Pakistan and the areas around Pakistan, or sub-Saharan Africa, or the Persian Gulf, or Iran?

Yes _____               No _____

34.   (a)  Have you, or family members, co-workers or close friends, worked in or traveled in Tanzania, Kenya, Saudia Arabia, Kuwait, Yemen, Iran, Somalia, Sudan, Iraq, Afghanistan, Pakistan, Turkey, Egypt or Israel?

Yes _____               No _____

JUROR NUMBER _____

    (b)  Have you had discussions with family members, co-workers or close friends about your or their experiences in these countries, and have you drawn any conclusions about these countries from such discussions?

    Yes _____           No _____

35.    There may be testimony that Suleiman Abu Ghayth is the son-in-law of Usama bin Laden.  Will such testimony render you incapable of being fair and impartial in hearing the evidence or lack of evidence in this case?

    Yes _____           No _____

    a.  Would you assume that the Defendant is guilty, likely guilty or probably guilty because of evidence that he is Usama bin Laden's son-in-law?

    Yes _____           No _____

36.    There will likely be testimony or evidence in this case about speeches which concern, among other things, Jews or Jewish people or Israelis.  Would such testimony or evidence render you unable to sit fairly and impartially in hearing the evidence or the lack of evidence?

    Yes _____           No _____

37.    You will hear testimony that the Defendant is a Muslim cleric and preacher, or that his Islamic beliefs are fundamentalist.  Would his status as a religious person or his particular beliefs lead you to draw any conclusions about his guilt or innocence, or render you unable to sit fairly and impartially in hearing the evidence or lack of evidence?

    Yes _____           No _____

38.    You may serve on this jury anonymously, for your protection as a juror.  This may require that you be picked up by drivers working for the court at an undisclosed location, to be transported each day to the courthouse, and to be kept sequestered while there, and that your identity will be safe-

12

JUROR NUMBER _____

guarded by the Court.  Will such treatment frighten you, and make you believe that you are in danger from terrorists or terrorist reprisal, and would such belief render you unable to be fair and impartial in hearing the evidence or lack of evidence in this case?

Yes _____          No _____

39.   The evidence in this case may present extensive images of Usama bin Laden, and the events of September 11, 2001, including video and audio recordings of the attacks on the United States, including images of the victims of such attacks.  Will such images render you unable to sit fairly and impartially in hearing the evidence or the lack of evidence against the accused?

Yes _____  If yes, explain:

_____

_____

_____

No _____