

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2014

**BY HAND**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street, Chambers 2240
New York, New York 10007

        Re:    **United States v. Abu Ghayth**
                **S14 98 Cr. 1023 (LAK)**

Dear Judge Kaplan:

    We write regarding the defendant's request for an adjournment of the Court's deadline to file a motion for a deposition of Khalid Sheikh Mohammed ("Mohammed"), pursuant to Federal Rule of Criminal Procedure 15.

    We understand that Abu Ghayth's counsel submitted hundreds of questions to Mohammed, which have generated approximately 15 pages of response. We had expected to be able to convey by this morning our position to the Court as to the defendant's request for an adjournment of his Rule 15 motion deadline. This expectation was based on defense counsel's assertion that Mohammed's answers to the questions would, by now, have been presented to the appropriate walled-off U.S. Government personnel for the agreed-upon review.

    However, as of today at 12:30 p.m., we understand that those responses, which remain in the possession of Mohammed's counsel, have not been provided.[1] As a result, it is not yet possible to estimate reliably the length of time it will take for a review of those answers, so that cleared responses can be presented to defense counsel.

---

[1] Mohammed's counsel opted not to provide Mohammed's answers to the appropriate Government personnel on a rolling basis.

Honorable Lewis A. Kaplan
February 26, 2014
Page 2 of 2

      Once Mohammed's answers are provided—and we have been told by defense counsel they will be provided today—the Government will receive an estimate as to the anticipated duration of the review. The undersigned will then promptly convey to the Court whether the Government consents to an adjournment of the defendant's Rule 15 deadline.

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney
                                      Southern District of New York

                                By: _____
                                      John P. Cronan
                                      Nicholas J. Lewin
                                      Michael Ferrara
                                      Assistant United States Attorneys
                                      Tels.: 212-637-2779 / -2337 / -2526

cc:    Stanley L. Cohen, Esq.
       *By electronic mail*