UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        -against-

SULAIMAN ABU GHAYTH,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

S14 98 Crim. 1023 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        For the reasons stated on the record on March 4, 2014, the Court denies as moot the motions *in limine* filed by the government [DI 1518] and the defendant [DI 1522, 1523].

        The government's classified submission dated February 28, 2014 requesting certain relief was granted during the sealed portion of the March 4 hearing.

        SO ORDERED.

Dated:    March 6, 2014

                                        Lewis A. Kaplan
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 3/6/14