USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

UNITED STATES OF AMERICA,

       -against-                                     S14 98 Crim. 1023 (LAK)

SULAIMAN ABU GHAYTH,

               Defendant.

------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

       Defendant's motion *in limine* [DI 1535] is denied, substantially for the reasons set forth in the government's memorandum of law in opposition to the motion.

       SO ORDERED.

Dated:     March 13, 2014

                                                         _____
                                                         Lewis A. Kaplan
                                           United States District Judge