USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 21 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   - v. -                         :       **UNSEALING ORDER**

SULAIMAN ABU GHAYTH,              :       S14 98 Cr. 1023 (LAK)
    a/k/a "Salman Abu Ghayth,"            12 Mag. 3351

              Defendant.     :

- - - - - - - - - - - - - - - - - x

        Upon the application of the United States, it is ORDERED that Complaint 12 Mag. 3351 and its associated arrest warrant be and hereby are UNSEALED.

Dated: New York, New York
       March 31, 2014

_____
HON. LEWIS A. KAPLAN
United States District Judge
Southern District of New York