UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SULAIMAN ABU GHAYTH,

                Movant,

         -against-                                      19-cv-2994 (LAK)
                                                        (S14 98-cr-1023 (LAK))

UNITED STATES OF AMERICA.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to the movant's Section 2255 motion no later than June 7, 2019.

        SO ORDERED.

Dated:        April 8, 2019

                                                                   Lewis A. Kaplan
                                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-8-19