**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 31, 2019

**MEMO ENDORSED**

**BY ECF**

```
SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN - 4 2019
```

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street
New York, New York 10007

Copies mailed JUN - 4 2019
Chambers of Judge Kaplan

Re:   *United States v. Abu Ghayth*,
      S14 98 Cr. 1023 (LAK), 19 Civ. 2994 (LAK)

Dear Judge Kaplan:

The Government writes to respectfully request an approximately two-month extension of time within which to file its opposition to defendant-petitioner Sulaiman Abu Ghayth's motion pursuant to 28 U.S.C. § 2255. The Government's opposition is currently due on June 7.

In his motion, Abu Ghayth claims, among other things, that his cleared counsel "never brought any useful evidence" out of the classified discovery. (Mtn. at 3.) To fully respond to that argument, the Government is in the process of locating certain classified materials, including transcripts from classified conferences. As such, the Government respectfully requests until August 9, 2019 to locate those materials, incorporate them into its opposition as appropriate, and file.

**MEMO ENDORSED**

Respectfully submitted,

Application granted.

So Ordered: _____
            Hon. Alison J. Nathan
            U.S.D.J. - Part I
            Dated: June 4, 2019

GEOFFREY S. BERMAN
United States Attorney

By:   /s/ Michael Ferrara
      Assistant U.S. Attorney
      212-637-2526

Cc:   Sulaiman Abu Ghayth