USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 5 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SULAIMAN ABU GHAYTH,

                Movant,

         -against-                         19-cv-2994 (LAK)
                                                             (S14 98-cr-1023 (LAK))
UNITED STATES OF AMERICA.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Movant's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied substantially for the reasons set forth in the government's opposition (filed only on the criminal docket) to which no reply has been filed within the time provided by the Court's scheduling order or a reasonable time thereafter (to take account of the "mailbox rule").

        A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3).

        SO ORDERED.

Dated:      October 15, 2019

                                                                                  Lewis A. Kaplan
                                                              United States District Judge